**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7801**

MICHAEL TYRONE PERRY,

                    Plaintiff – Appellant,

          v.

SCDC; LEE CORRECTIONAL INSTITUTION; SERGEANT JIMMY
WILLIAMS; WILLIAM A. BYERS, Director over SCDC,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:12-cv-01001-TLW)

Submitted:  December 13, 2012      Decided:  December 19, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Tyrone Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Tyrone Perry appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perry v. SCDC, No. 4:12-cv-01001-TLW (D.S.C. Aug. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED